Michael J. Farrell, OSB #902587
mfarrell@martinbischoff.com
Thomas W. Purcell, OSB #114938
tpurcell@martinbischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LUCILLE I. HORNER, <br><br> Plaintiff, <br><br> v. <br><br> GE CAPITAL RETAIL BANK, a banking organization, <br><br> Defendant. | Case No. _____ <br><br><br> NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant GE Capital Retail Bank ("GECRB") files this Notice of Removal to this Court of an action pending against GECRB in the Circuit Court of the State of Oregon (the "Action"). Removal is based on the following grounds:

1.     The plaintiff, Lucille I. Horner ("Plaintiff"), commenced the Action against GECRB on or about October 4, 2012. The Action bears the same title as above and is docketed in the Circuit Court of Multnomah County, Oregon, as Case No. 1210-12502.

///

Page 1 - NOTICE OF REMOVAL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

2.      GECRB received service of the complaint on October 15, 2012, which is within 30 days of the date this Removal Notice is filed. A copy of the Complaint is attached hereto as Exhibit A, pursuant to 29 U.S.C § 1446(a).

3.      The Court has original jurisdiction over all civil actions arising under the Constitution, laws, or Treaties of the United States under 28 U.S.C. § 1331, and the Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

4.      Plaintiff alleges in her Complaint that GECRB violated the United States Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* Plaintiff's claim against GECRB therefore arises out of federal law. This Court has jurisdiction under § 1692(k) of the Fair Debt Collection Practices Act, which provides that an action brought under the act "may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction…"

5.      This Action is removable to this Court as "The District Court of the United States for the District and Division embracing the place where such action is currently pending." 28 U.S.C. § 1446(a).

///

///

///

///

///

///

///

///

///

///

Page 2 - NOTICE OF REMOVAL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

6.    GECRB has provided notice of the removal of this Action to Plaintiff and to the Circuit Court of Multnomah County, by filing a "Removal Notice," together with a copy of this "Notice of Removal," in the Circuit Court of Multnomah County, and by serving copies of the same on Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, GECRB respectfully requests that the Action be removed to this Court.

DATED this 14th day of November, 2012.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP

By: _____
    Michael J. Farrell, OSB #902587
    mfarrell@martinbischoff.com
    Thomas W. Purcell, OSB #114938
    tpurcell@martinbischoff.com
    Attorneys for Defendant

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471